Peck v. Baldwin.

and his giving his note aforesaid, secretly in partnership with said Luman when he purchased said horses of the plaintiff, and that said Luman gave his note aforesaid for the use of the defendant, and that the defendant had taken the benefit of said horses and shipped them to the West Indies and received the avails; whereby an action had accrued to the plaintiff to recover of the defendant said sum of £51 5s. lawful money and interest, etc. Plea — Not guilty. Issue to the jury.

The plaintiff offered one Bird as a witness, to whom it was objected that he was interested in the point in question; for that he had a claim against the defendant for horses sold to said Bishop on credit about the same time, which went in the same drove and were shipped in the same vessel, and his recovering depended upon the same secret partnership claimed by the plaintiff.

## PECK v. BALDWIN.

If a grantee agrees to give a defeasance and after he has got the deed, evades doing it, chancery will relieve against the fraud and enforce the agreement.

PETITION in chancery; showing, that the petitioner was imprisoned for a debt due to           of £40 lawful money, and had not the means of paying it; that the petitionee, Mr. King and a number of his neighbors agreed they would be his bondsmen, and take him out of prison, if he would convey

to them by an absolute deed a certain tract of land he owned in Harwinton, with a quarry of free stone upon it, to be released back to him, upon his paying said debt, and saving them harmless; which agreement was accordingly carried into execution; that afterwards all the grantees in said deed, quit-claimed and released their right to the petitionee, upon his undertaking to pay said debt and indemnify them; at which time said Baldwin agreed and promised to execute to the petitioner a bond, conditioned to release back said land and stone quarry, to the petitioner upon his paying said debt and indemnifying him; that said Baldwin had ever found means to avoid giving said bond; that he had sold a part of said farm to John Collins, for £140 lawful money, which was a much greater sum than was due to said Baldwin; that said Baldwin retained the rest of said farm and said valuable stone quarry; praying that an account be settled between him and the petitionee; and that the petitionee be compelled to pay him the balance, after deducting what was justly due to the petitionee; also to release to him the remainder of said land, not sold to said Collins with said stone quarry.

The court heard the petition, and finding the facts alleged to be true, granted it upon the ground of fraud, that said Baldwin might not take advantage of his own wrong, in evading to give said bond of defeasance, which he had agreed to give.

The court settled the account between the parties and ordered said Baldwin to pay the balance, also to release and re-convey the lands not disposed of with the stone quarry, to the petitioner.